[No. 2811.]

### Andrew Sheffield v. The State.

INDICTMENT FOR PURSUING A TAXABLE OCCUPATION WITHOUT LICENSE
must allege the amount of taxes due; otherwise it is insufficient to charge
the offense.

APPEAL from the County Court of Milam. Tried below
before the Hon. W. J. King, County Judge.

The indictment charged the appellant with pursuing the occu-
pation of retailing spirituous liquors in quantities less than one
quart without having first obtained a license therefor. He was
convicted, and a fine of three hundred dollars was assessed
against him.

*McGregor & Lott*, for the appellant.

*J. H. Burts*, Assistant Attorney General, for the State.

WILLSON, JUDGE. An indictment under Article 110 of the
Penal Code, for pursuing an occupation taxed by law, without
first obtaining a license therefor, must allege the amount of
taxes due, as that is the basis of the penalty. (*Spears* v. *The
State*, 8 Texas Ct. App., 467; *Crews* v. *The State*, 10 Texas Ct.
App., 292.) See these cases for the essential allegations in such
indictments.

As the indictment in this case contains no such allegation, it
is fatally defective, and therefore the judgment is reversed and
the prosecution dismissed.

*Reversed and dismissed.*

Opinion delivered May 26, 1883.